COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

Case number: 01-14-452-CV

Style: Cameron International Corp. v. Jeremy Guillory

Date motion filed: August 8, 2014

Party filing motion: Appellant
Document to be filed: Motion to accelerate submission

**It is ordered** that the motion is **granted**. The appeal is set for submission on **September 17, 2014 at 1:30 P.M.**

Judge's signature: /s/ Jane Bland

Acting individually

Panel consists of Justices Higley, Bland, and Sharp.

Date: August 12, 2014